FRANK W. GORETH, as Ancillary Administrator of the Estate of THOMAS KEIHER, Deceased, Respondent, *v.* JACOB R. SHIPHERD, Appellant.

*Goreth* v. *Shipherd,* 92 App. Div. 611, appeal dismissed.
(Submitted October 2, 1905; decided October 10, 1905.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 4, 1904, which affirmed an order of Special Term denying a motion to vacate certain orders theretofore granted in the action.

The motion was made upon the ground that the Court of Appeals was without jurisdiction to review the order appealed from, permission to take the said appeal not having been obtained.

*Charles H. Strong* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.